✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

USA

V.

Anthony Saint Jean

**EXHIBIT AND WITNESS LIST**

Case Number: 25-cr-10270

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hennessy | Goldworm | Cruz |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/26/2025 | Digital | King |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  | witness: |
| 1 |  | 6/26/2025 | x |  | Billing screen |
| 2 |  | 6/26/2025 | x |  | Copies of chats and computer information |
| 3 |  | 6/26/2025 | x |  | Copies of chats and computer information |
| 4 |  | 6/26/2025 | x |  | Copies of chats and computer information |
| 5 |  | 6/26/2025 | x |  | Copies of chats and computer information |
| 6 |  | 6/26/2025 | x |  | Copies of chats and computer information |
| 7 |  | 6/26/2025 | x |  | Copies of chats and computer information |
| 8 |  | 6/26/2025 | x |  | Copies of chats and computer information |
| 9 |  | 6/26/2025 | x |  | Copies of chats and computer information |
| 10 |  | 6/26/2025 | x |  | HSI Report 1/6/25 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages